# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LUIS LOPEZ and AMBIORIS JIMENEZ, | § | |
| Individually and on Behalf of All Others | § | |
| Similarly Situated | § | |
| | § | CIVIL ACTION NO. 3:22-CV-1844-S |
| v. | § | |
| | § | |
| NATIONAL FREIGHT, INC., and NFI | § | |
| INTERACTIVE LOGISTICS, LLC | § | |

## ORDER

The Court entered orders in this case on February 1 and February 12, 2024, requesting additional information on the type of company Defendant NFI Interactive Logistics, LLC ("NFI Interactive") is and its citizenship. *See* ECF Nos. 66, 69. On February 19, 2024, NFI Interactive filed its Notice in Response to Court's February 12, 2024 Order wherein it acknowledged that it was a citizen of Pennslynvania. *See* ECF No. 71. Plaintiffs Luis Lopez and Ambioris Jimenez are also citizens of Pennsylvania. First Am. Class Action Compl. [ECF No. 39] ¶ 9. Plaintiffs brought this case based upon diversity of citizenship under 28 U.S.C. § 1332. *Id.* The Court may only exercise diversity jurisdiction under 28 U.S.C. § 1332 if the plaintiffs and defendants are completely diverse in citizenship. *Elam v. Kan. City S. Ry. Co.*, 635 F.3d 796, 812 (5th Cir. 2011) (citing *Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 553 (2005)).

Because Plaintiffs and NFI Interactive are citizens of the same state, on February 20, 2024, the Court ordered Plaintiffs to show cause as to why this case should not be dismissed without prejudice. *See* ECF No. 72. Plaintiffs filed Plaintiffs' Response to Court's Order to Show Cause ("Response") [ECF No. 73] on February 27, 2024, which explained that in light of NFI Interactive's representations, "this matter lacks diversity of citizenship [and] Plaintiffs do not oppose a dismissal without prejudice." Resp. 1.

1

For the foregoing reasons, Plaintiffs' claims and causes of action are hereby **DISMISSED**

**WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**SO ORDERED.**

SIGNED February 28, 2024.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**

2